1  **KAZEROUNI LAW GROUP, APC**
2  Ryan L. McBride, Esq. (SBN 032001)
   ryan@kazlg.com
3  Aryanna Young, Esq. (SBN 344361)
   aryanna@kazlg.com
4  2221 Camino Del Rio S. Suite 101
   San Diego, CA 92108
5  Telephone: (800) 400-6808
   Facsimile: (800) 520-5523
6
7  *Attorneys for Plaintiff,*
   Warren Ingram
8
9
              **UNITED STATES DISTRICT COURT**
10            **NORTHERN DISTRICT OF CALIFORNIA**
11
12 WARREN INGRAM,                    **Case No.:** 3:23-cv-02813-JSC
13           Plaintiff,
14      v.                           ~~PROPOSED~~ **ORDER RE**
                                     **STIPULATION FOR DISMISSAL**
15                                   **WITH PREJUDICE**
16 CASE-MATE, INC.,
17           Defendant,
18
19
20
21
22
23      The Court, having reviewed the Parties' Stipulation for Dismissal and for
24 GOOD CAUSE shown, IT IS HEREBY ORDERED that this case is hereby
25 dismissed with prejudice, with each party to bear their own attorney's fees, expenses
   and costs.
26
        **IT IS SO ORDERED.**
27
28
   Dated: August 6, 2024          _____
                                  [GRANTED - Judge Jacqueline Scott Corley]

- 1 -
~~PROPOSED~~ ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE